UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMEL MONROE,

                Plaintiff,

         v.                                       9:06-CV-0859
                                                           (FJS/DEP)

CORRECTION OFFICER JANES, et al.,

                Defendants.

---

APPEARANCES:                                        OF COUNSEL:

JAMEL MONROE, c/o Derrick James
    Plaintiff, *Pro Se*
268 Beach 17th Street
Far Rockaway, NY   11691

HON. ANDREW M. CUOMO                    MARIA MORAN, ESQ.
Attorney General of the State of New York     Assistant Attorney General
615 Erie Boulevard West, Suite 102
Syracuse, NY   13204-2455

**FREDERICK J. SCULLIN, JR., S.D.J.**:

## DECISION AND ORDER

     Presently before the Court is Magistrate Judge David E. Peebles' January 14, 2008 Report-Recommendation in which he recommends that defendants' motion for summary judgment be granted; plaintiff's complaint be dismissed in its entirety and that plaintiff's cross-motion for summary judgment be denied.   Having reviewed that Report and Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, the Court hereby

      **ORDERS** that the Report-Recommendation filed by Magistrate Judge David E. Peebles filed January 14, 2008 is, for the reasons stated therein, accepted in its entirety; and the Court further

      **ORDERS** that defendants' motion for summary judgment is **GRANTED**; and the Court further

      **ORDERS** that plaintiff's complaint is **DISMISSED** in its entirety, and the Court further

      **ORDERS** that plaintiff's cross-motion for summary judge is **DENIED**, and the Court further

      **ORDERS** that the Clerk of the Court shall enter judgment in favor of the defendants and close this case.

**IT IS SO ORDERED**.

Dated: February 21, 2008
       Syracuse, New York

                                                Frederick J. Scullin, Jr.
                                                Senior United States District Court Judge